**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION**

| | |
|---|---|
| JOHN DOE on Behalf of Himself and Others Similarly Situated,<br><br>    Plaintiff,<br><br>    v.<br><br>YARDI SYSTEMS, INC., and RENTGROW, INC.<br><br>    Defendants. | Case No.: 2:23-cv-10118-DOC-JC<br><br>**ORDER GRANTING PLAINTIFF JOHN DOE'S MOTION FOR LEAVE TO PROCEED IN PSEUDONYM AND FOR PROTECTIVE ORDER [13]** |

Before the Court is Plaintiff's motion for leave to proceed in pseudonym and for a protective order pursuant to Fed. R. Civ. P. 26(c)(1) in order to protect his identity and where there is no less drastic means available to do so. Service has not yet been obtained with respect to the Defendants. As a result, counsel for the Plaintiff has been unable to confer with counsel for Defendants and obtain their position with respect to this Motion.

1

Having considered the matter, and deeming it proper and just to do so, the Motion shall be and hereby is **GRANTED**. The Plaintiff may proceed in pseudonym, without prejudice to the Defendants. Henceforth, the Plaintiff shall be entitled to the protection of the pseudonym "John Doe" on all publicly-filed pleadings, papers, and exhibits. Discovery may be exchanged without redaction of the Plaintiff's name.

**IT IS SO ORDERED.**

Dated: December 8, 2023

*David O. Carter*

HONORABLE DAVID O. CARTER
UNITED STATES DISTRICT JUDGE